UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25-cr-162
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 923(a)
18 U.S.C. § 924(a)(1)(D)

VICTOR LYNN JARRETT

## I N F O R M A T I O N

The Acting United States Attorney Charges:

Between on or about May 18, 2019, and on or about March 14, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant VICTOR LYNN JARRETT, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: /s/ L. Shamblin
LESLEY SHAMBLIN
Assistant United States Attorney